UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN RAZZOLI,

                              Plaintiff,

              -against-                                              21-CV-4145 (LTS)

BLACK LIVES MATTER & MEMBERS;                                       CIVIL JUDGMENT
ANTIFA & MEMBERS; BARRACK
OBAMA, ADVISOR; KNOWN &
UNKNOWN FINANCIERS ET AL.,

                              Defendants.

Pursuant to the order issued June 7, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims arising under 42

U.S.C. § 1983, 18 U.S.C. § 1962, and 18 U.S.C. §§ 241, 242 are dismissed under 28 U.S.C.

§ 1915(e)(2)(B)(ii).

The Court dismisses any state-law assault claims Plaintiff may be asserting against the

unknown member of Black Lives Matter without prejudice.

The Court denies Plaintiff's requests to compel discovery (ECF 6-16) as moot.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    June 7, 2021
          New York, New York


                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge